## Claim A Detail

### Claim A

| Date | Total K&K (BOPD) | Fronteras | Due From at $8 LYO | Due From at Market | Received | (Deficit) Surplus | Cumulative Per Period |
|---|---|---|---|---|---|---|---|
| Nov-99 | 3468 | 60% | 208 | 506,105 | $0 | (506,105.04) | (506,105) |
| Dec-99 | 2985 | | 1791 | 435,599 | $0 | (435,598.50) | (941,704) |
| Jan-00 | 3083 | | 1850 | 449,815 | $0 | (449,814.69) | (1,391,518) |
| Feb-00 | 3172 | | 1903 | 462,825 | $0 | (462,824.89) | (1,854,343) |
| Mar-00 | 2879 | | 1728 | 420,156 | $0 | (420,156.21) | (2,274,499) |



CLAIM B: $1,968,709

November – December 2000



CLAIM C: $11,494,238 — January 2001 – March 2002