James E. Berger (JB-6605)
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC 20005
(202) 551-1700

Attorneys for Petitioner
Frontera Resources Azerbaijan Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of Arbitration between<br><br>Frontera Resources Azerbaijan Corporation,<br><br>      Petitioner,<br><br>    - and -<br><br>State Oil Company of the Azerbaijan Republic,<br><br>      Respondent. | **Notice of Motion to Confirm Foreign Arbitral Award** |

  PLEASE TAKE NOTICE that, pursuant to Chapter 2 of the Federal Arbitration Act, 9 U.S.C. § 201 *et seq.*, and for the reasons set forth in the accompanying Memorandum of Law, the Petition to Confirm Arbitral Award, and the Declaration of James E. Berger and the exhibits thereto, Petitioner Frontera Resources Azerbaijan Corporation ("Frontera") will respectfully move this Court, at a time and place determined by the Court, for an order (a) confirming an Arbitral Award issued against the State Oil Company of the Azerbaijan Republic ("SOCAR"), (b) entering judgment thereon, and (c) granting such other and further relief as the court deems just and proper.

Respectfully submitted,

Dated: Washington, D.C.      By:    _____
        February 14, 2006                 James E. Berger (JB-6605)

Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC 20005
(202) 551-1700

Counsel for Plaintiff
Frontera Resources Azerbaijan Corporation

James E. Berger (JB-6605)
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

Attorneys for Petitioner
Frontera Resources Azerbaijan Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of Arbitration between<br><br>Frontera Resources Azerbaijan Corporation,<br><br>                   Petitioner,<br><br>- and -<br><br>State Oil Company of the Azerbaijan Republic,<br><br>                   Respondent. | Case No. 06 cv 1125 (RJH) |

## DECLARATION OF SERVICE

James E. Berger declares as follows:

1. I am over 18 years of age, am not a party to this proceeding, and am employed by the law firm of Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York, 10022, counsel to Petitioner Frontera Resources Azerbaijan Corporation ("Frontera") in this proceeding.

2. On the 2nd day of March, 2006, I caused to be served true and correct copies of Frontera Resources Azerbaijan Corporation's **Notice and Petition to Confirm Arbitral Award, Motion to Confirm Foreign Arbitral Award, Memorandum of Law in Support of Motion to Confirm Arbitral Award, Declaration of James E. Berger, and**

**Declaration of M. Scott Harper** (the "Pleadings") by Express Mail, Federal Express and by e-mail on the following persons:

By U.S. Postal Service Express Mail and Federal Express

State Oil Company of the Azerbaijan Republic
Baku 370601
Neftchilar Prospecti 73
REPUBLIC OF AZERBAIJAN
Attention: The President

Eldar Orudjev
Chief of Legal Department
State Oil Company of the Azerbaijan Republic
Baku 370601
Neftchilar Prospecti 73
REPUBLIC OF AZERBAIJAN

Irene Dallas
Pillsbury, Winthrop, Shaw, Pittman LLP
Tower 42, Level 23
25 Old Broad Street
London, EC2N 1HQ
UNITED KINGDOM

By Electronic Mail
Irene Dallas, Counsel to SOCAR in Arbitration
Irene.dallas@pillsburylaw.com

Eldar Orudjev
SOCAR, Chief of Legal Department
lawyer.eo@socar.gov.az

3.   Irene Dallas served as counsel of record to Respondent State Oil Company of the Azerbaijan Republic ("SOCAR") during the arbitration proceeding that resulted in issuance of the arbitration award sought to be confirmed herein.

4.   The foregoing method of service is consistent with and complies in all respects with the notice requirements set forth in Article 27 of the Agreement on the

Rehabilitation, Exploration, Development and Production Sharing for the Block, Including the Kursangi and Karabagli Oil Fields in the Azerbaijan Republic between Frontera and SOCAR.

5. Article 27 does not require that notices be served on Ms. Dallas or Mr. Orudjev. Frontera served the Pleadings on these individuals in order to ensure that SOCAR received actual and prompt notice of this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 9th day of March 2006.

*James E. Berger (JB-6605)*