James E. Berger (JB-6605)
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC 20005
(202) 551-1700

Attorneys for Petitioner
Frontera Resources Azerbaijan Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of Arbitration between<br><br>Frontera Resources Azerbaijan Corporation,<br><br>                          Petitioner,<br><br>- and -<br><br>State Oil Company of the Azerbaijan Republic,<br><br>                          Respondent. | **Declaration of M. Scott Harper** |

I, M. Scott Harper, declare as follows:

1.      I am the General Counsel of Frontera Resources Corporation, the corporate parent of Frontera Resources Azerbaijan Corporation ("Frontera"), petitioner in this matter. The facts set forth herein are personally known to me, and, if called as a witness, I could and would testify competently thereto.

2.      In November 1998, Frontera entered into an Agreement on the Rehabilitation, Exploration, Development and Production Sharing for the Block, including the Kursangi and Karabagli Oil Fields in Azerbaijan Republic ("Agreement") with the State Oil Company of the Azerbaijan Republic ("SOCAR"). The copy of the Agreement attached hereto as Exhibit A is a true and correct copy of the Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of February 2006, at 3040 Post Oak Blvd., Suite 1100, Houston, Texas 77056.

_____
M. Scott Harper

James E. Berger (JB-6605)
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

Attorneys for Petitioner
Frontera Resources Azerbaijan Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of Arbitration between

Frontera Resources Azerbaijan Corporation,

                Petitioner,

- and -

State Oil Company of the Azerbaijan Republic,

                Respondent.

Case No. 06 cv 1125 (RJH)

## DECLARATION OF SERVICE

James E. Berger declares as follows:

1. I am over 18 years of age, am not a party to this proceeding, and am employed by the law firm of Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York, 10022, counsel to Petitioner Frontera Resources Azerbaijan Corporation ("Frontera") in this proceeding.

2. On the 2nd day of March, 2006, I caused to be served true and correct copies of Frontera Resources Azerbaijan Corporation's **Notice and Petition to Confirm Arbitral Award, Motion to Confirm Foreign Arbitral Award, Memorandum of Law in Support of Motion to Confirm Arbitral Award, Declaration of James E. Berger, and**

Declaration of M. Scott Harper (the "Pleadings") by Express Mail, Federal Express and by e-mail on the following persons:

<u>By U.S. Postal Service Express Mail and Federal Express</u>

State Oil Company of the Azerbaijan Republic
Baku 370601
Neftchilar Prospecti 73
REPUBLIC OF AZERBAIJAN
Attention: The President

Eldar Orudjev
Chief of Legal Department
State Oil Company of the Azerbaijan Republic
Baku 370601
Neftchilar Prospecti 73
REPUBLIC OF AZERBAIJAN

Irene Dallas
Pillsbury, Winthrop, Shaw, Pittman LLP
Tower 42, Level 23
25 Old Broad Street
London, EC2N 1HQ
UNITED KINGDOM

<u>By Electronic Mail</u>
Irene Dallas, Counsel to SOCAR in Arbitration
Irene.dallas@pillsburylaw.com

Eldar Orudjev
SOCAR, Chief of Legal Department
lawyer.eo@socar.gov.az

3.  Irene Dallas served as counsel of record to Respondent State Oil Company of the Azerbaijan Republic ("SOCAR") during the arbitration proceeding that resulted in issuance of the arbitration award sought to be confirmed herein.

4.  The foregoing method of service is consistent with and complies in all respects with the notice requirements set forth in Article 27 of the Agreement on the

Rehabilitation, Exploration, Development and Production Sharing for the Block, Including the Kursangi and Karabagli Oil Fields in the Azerbaijan Republic between Frontera and SOCAR.

     5.    Article 27 does not require that notices be served on Ms. Dallas or Mr. Orudjev. Frontera served the Pleadings on these individuals in order to ensure that SOCAR received actual and prompt notice of this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 9th day of March 2006.

                                               _____
                                               James E. Berger (JB-6605)