John. D. Winter (JW-3252)
David H. Webber (DW-3876)
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
Attorneys for the State Oil Company of the Azerbaijan Republic

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                    :
In the Matter of Arbitration between                                :
                                                                    :
Frontera Resources Azerbaijan Corporation,                          :    Hon. Richard J. Holwell
                                                                    :    06 Civ. 1125 (RJH)
                         Petitioner,                                :
                                                                    :    **NOTICE OF MOTION TO**
         - against -                                                :    **DISMISS PETITION**
                                                                    :
State Oil Company of the Azerbaijan Republic,                       :
                                                                    :
                         Respondent.                                :
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that upon the accompanying declarations and memorandum of law, as well as all the pleadings and proceedings heretofore had herein, Respondent State Oil Company of the Azerbaijan Republic will move this Court, at the United States Courthouse, 500 Pearl Street, Room 1950, New York, New York, before the Honorable Richard J. Holwell, for an Order pursuant to Rule 12(b)(2) and/or 12(b)(6) of the Federal Rules of Civil Procedure, and/or the principle of forum non conveniens, dismissing Petitioner's motion to confirm arbitration award with prejudice or alternatively staying confirmation of the

arbitration award pending final adjudication of Respondent's appeal before the Swedish Court of Appeal, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
      April 25, 2006

                              PATTERSON, BELKNAP, WEBB & TYLER LLP

                              By: _____
                                  John. D. Winter (JW-3252)
                              1133 Avenue of the Americas
                              New York, NY 10036-6710
                              (212) 336-2000
                              Attorneys for the State Oil Company
                              of the Azerbaijan Republic

TO:    James Berger, Esq.
        Paul, Hastings, Janofsky & Walker, L.L.P.
        Park Avenue Tower, 75 East 55th Street
        New York, NY 10022

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             :  ss.:
COUNTY OF NEW YORK           )

        Ruth Seitz, being duly sworn, says:

        I am a resident of the State of New Jersey, over the age of eighteen years, and not a party to the within action. My business address is PATTERSON, BELKNAP, WEBB & TYLER LLP, 1133 Avenue of the Americas, New York, NY 10036-6710. On April 25, 2006, I served the within documents:

        NOTICE OF MOTION, DECLARATION OF JOHN D. WINTER, DECLARATION OF ROVNAG ABDULLAYEV

☐   I sent such document from facsimile machine (212) 336-2222 on April 25, 2006. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (212) 336-2222 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in a mail depository maintained by the United States Postal Service at 1133 Avenue of the Americas, New York, NY 10036, addressed as set forth below.

☐   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

        James Berger, Esq.
        PAUL HASTINGS JANOFSKY & WALKER, LLP
        Park Avenue Tower, 75 East 55th St.
        New York, NY 10022

                              _____
                                         Ruth Seitz

Sworn to before me this
25th day of April, 2006

_____
Notary Public

MATTHEW M. FINNEGAN
Notary Public, State of New York
No. 01FI5080222
Qualified in New York County
Commission Expires June 16, 2007